# SPODEK LAW GROUP P.C.

85 Broad Street, 30th Floor, New York, NY 10004 Tel: (212) 300-5196 Fax: (212) 300-6371
Email: info@spodeklawgroup.com Web: www.spodeklawgroup.com

November 30, 2019

**BY ECF TO:**

**MEMO ENDORSED**

Hon. Katherine Polk Failla
United States District Judge
United States District Court
Southern District of New York
40 Foley Square, Courtroom 618
New York, NY 10007

    RE: USA v. Kemokalam Njemanze
       Case: 18-cr-00117 (KPF)
       Southern District of New York

Dear Judge Failla:

  We are currently scheduled before Your Honor on December 9, 2019 for sentencing. The defendant's sentencing submission was due November 25, 2019, and the Government's submission is due December 2, 2019.

  Unfortunately, I was out of the office on medical leave which delayed the filing of the sentencing memorandum in this matter. I respectfully request that Your Honor reset sentencing submission deadlines. My office conferenced this matter with the Government and propose that the defendant's sentencing submission be due December 2, 2019, while the Government's submission be due December 4, 2019. If acceptable to the Court the parties would like to proceed with sentencing on December 9, 2019.

  Your Honor has previously reset sentencing submission deadlines on July 10, 2019 (ECF No.: 159), to allow the parties more time to review the recently filed presentence report, and on September 12, 2019 (ECF No.: 181) due to my unavailability while on medical leave.

**USA v. Njemanze** Page 1

# SPODEK LAW GROUP P.C.

85 Broad Street, 30th Floor, New York, NY 10004 Tel: (212) 300-5196 Fax: (212) 300-6371
Email: info@spodeklawgroup.com Web: www.spodeklawgroup.com

---

I can be reached directly at (347) 292 -8633 or at ts@spodeklawgroup.com with any questions. Thank you for your consideration.

Sincerely,

**Spodek Law Group P.C.**

**/S/ Todd A. Spodek**

Todd A. Spodek

TS/az

cc:    All Counsel (Via ECF)

```
Application GRANTED.  The sentencing will proceed as scheduled on
December 9, 2019, at 3:00 p.m.


Dated: December 2, 2019            SO ORDERED.
       New York, New York
```

*[Signature: Katherine Polk Failla]*

```
                                   HON. KATHERINE POLK FAILLA
                                   UNITED STATES DISTRICT JUDGE
```