UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v.-<br><br>KEMOKALAM NJEMANZE,<br><br>Defendant. | 18 Cr. 117 (KPF)<br><br>ORDER |

KATHERINE POLK FAILLA, District Judge:

The Court is in receipt of Defendant Njemanze sentencing submission. Due to the sensitive nature of the information contained therein, the submission shall be filed under seal.

SO ORDERED.

Dated: December 3, 2019
New York, New York

KATHERINE POLK FAILLA
United States District Judge