UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| United States of America<br><br>v.<br><br>Kemokalam Njemanze,<br><br>                Defendant. | **Order of Restitution**<br><br>**S6 18 Cr. 117 (KPF)** |

Upon the application of the United States of America, by its attorney, Geoffrey S. Berman, United States Attorney for the Southern District of New York, Juliana N. Murray and Robert B. Sobelman, Assistant United States Attorneys, of counsel; the presentence report; the Defendant's conviction on Count One of Superseding Information S6 18 Cr. 117 (KPF); and all other proceedings in this case, it is hereby ORDERED that:

**1. Amount of Restitution.** Kemokalam Njemanze, the Defendant, shall pay restitution in the total amount of $45,745.74 to the victims of the offenses charged in Count One. The names, addresses, and specific amounts owed to each victim are set forth in the Schedule of Victims attached hereto. Upon advice of a change of address, the Clerk of the Court is authorized to send payments to the new address without further order of this Court.

**2. Joint and Several Liability.** The Defendant's liability for restitution shall be joint and several with Ifeanyi Ezeji under 18 Cr. 117 (KPF) and Christopher Ezeji under S1 18 Cr. 117 (KPF). The Defendant's liability for restitution shall continue unabated until either the Defendant has paid the full amount of restitution ordered herein, or every victim has been paid the total amount of his or her loss from all the restitution paid by the Defendant and co-defendants in this matter.

03.14.2019

**3. Sealing.** Consistent with 18 U.S.C. §§3771(a)(8) & 3664(d)(4) and Federal Rule of Criminal Procedure 49.1, to protect the privacy interests of victims, the Schedule of Victims attached hereto shall be filed under seal, except that copies may be retained and used or disclosed by the Government, the Clerk's Office, and the Probation Department, as need be to effect and enforce this Order, without further order of this Court.

Dated: New York, New York

December 9, 2019

_____
HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE